(Official Form 1) (12/03)

| FORM B1 | **United States Bankruptcy Court**<br>**Northern District of Florida** | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>  Frey, Michael Edward | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>  Frey, Robin Eileen |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>  aka Michael S. Frey; aka Michael C. Frey; aka "Scott" Frey | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>  None |
| Last four digits of Soc.Sec.No./Complete EIN or other Tax ID No.<br>(if more than one, state all): 1567 | Last four digits of Soc.Sec.No./Complete EIN or other Tax ID No.<br>(if more than one, state all): 9135 |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>  6900 SW 78th Street<br>  Gainesville, FL 32608 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>  6900 SW 78th Street<br>  Gainesville, FL 32608 |
| County of Residence or of the<br>Principal Place of Business:      Alachua | County of Residence or of the<br>Principal Place of Business:      Alachua |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | Attorney:  Eric S. Ruff, 282944<br>Ruff & Cohen, P.A<br>4010 Newberry Road, Ste. G<br>Gainesville, FL 32607  ph: (352) 376-3601 |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which**<br>**the Petition is Filed**  (Check one box) |
|---|---|---|
| ☑ Individual(s)          ☐ Railroad<br>☐ Corporation          ☐ Stockbroker<br>☐ Partnership          ☐ Commodity Broker<br>☐ Other _____          ☐ Clearing Bank | | ☑ Chapter 7      ☐ Chapter 11      ☐ Chapter 13<br>☐ Chapter 9      ☐ Chapter 12 |
| **Nature of Debts** (Check one box)<br>☑ Consumer/Non-Business          ☐ Business | | |
| **Chapter 11 Small Business**  (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under<br>    11 U.S.C. § 1121(e) (Optional) | | **Filing Fee** (Check one box)<br>☑ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only)<br>    Must attach signed application for the court's consideration<br>    certifying that the debtor is unable to pay fee except in installments.<br>    Rule 1006(b).  See Official Form No. 3. |

**Statistical/Administrative Information** (Estimates only)

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|---|
| | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-640 - 31107

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Michael Edward Frey & Robin Eileen Frey |
|---|---|

| | **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | |
|---|---|---|
| Location<br>Where Filed: NONE | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: NONE | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X    /s/ Michael Edward Frey
Signature of Debtor

X    /s/ Robin Eileen Frey
Signature of Joint Debtor

Telephone Number (If not represented by attorney)
6/13/05
Date

**Signature of Attorney**

X    /s/ Eric S. Ruff
Signature of Attorney for Debtor(s)

ERIC S. RUFF 282944
Printed Name of Attorney for Debtor(s)

Ruff & Cohen, P.A
Firm Name

4010 Newberry Road, Ste. G
Address

Gainesville, FL 32607

(352) 376-3601
Telephone Number

6/13/05
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

((To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X    /s/ Eric S. Ruff                6/13/05
Signature of Attorney for Debtor(s)        Date

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Printed Name of Bankruptcy Petition Preparer

Social Security Number (Required by 11 U.S.C. § 110(c).)

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X
Signature of Bankruptcy Petition Preparer

Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-640 - 31107

FORM B6 - Cont.
(6/90)

# United States Bankruptcy Court
## Northern District of Florida

Michael Edward Frey & Robin Eileen Frey

In re _____     Case No. _____
              Debtor                                                    (If known)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $      4,000.00 | | |
| B - Personal Property | YES | 7 | $     26,605.06 | | |
| C - Property Claimed As Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $        817.54 | |
| E - Creditors Holding Unsecured Priority Claims | YES | 2 | | $      1,104.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 5 | | $     91,869.81 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $     2,902.48 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $     3,049.00 |
| Total Number of Sheets in ALL Schedules ▶ | | 21 | | | |
| Total Assets ▶ | | | 30,605.06 | | |
| Total Liabilities ▶ | | | | 93,791.35 | |

*(vertical text, left margin)* Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-640 - 31107

AMOUNTS SCHEDULED

FORM B6A
(6/90)

In re  Michael Edward Frey & Robin Eileen Frey
_____
                    Debtor

Case No. _____
                                    (if known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Timeshare for week 51 Unit 110 at Spinnaker at Shipyard, Hilton Head, SC<br><br>Debtor(s)' residence | | J | 4,000.00 | 817.54 |
| | | Total ▶ | 4,000.00 | |

**(Report also on Summary of Schedules)**

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-640 - 31107

FORM B6B
(10/89)

Michael Edward Frey & Robin Eileen Frey

In re _____    Case No. _____
                    Debtor                                              (if known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None."  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G-Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.   Cash on hand. | | Cash on hand<br><br>Debtor(s)' residence | H | 60.00 |
| | | Cash on hand<br><br>Debtor(s)' residence | W | 30.00 |
| 2.   Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Head of family wages in checking account #1000031218984 at SunTrust<br><br>SunTrust<br>5303 SW 91st Dr.<br>Gainesville, FL 32608 | J | 838.70 |
| | | Savings account # 1000026354547 at SunTrust<br><br>SunTrust<br>5303 SW 91st Dr.<br>Gainesville, FL 32608 | J | 0.06 |
| | | Savings account # 143965 at Campus USA Credit Union | J | 5.00 |

FORM B6B
(10/89)

In re Michael Edward Frey & Robin Eileen Frey

Case No. _____
        (if known)

Debtor

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Campus USA Credit Union<br>5725 SW 75th Street<br>Gainesville, FL 32608 | | |
| | | Savings account # 108161 at Campus USA Credit Union<br><br>Campus USA Credit Union<br>5725 SW 75th Street<br>Gainesville, FL 32608 | J | 5.00 |
| **3.   Security deposits with public utilities, telephone companies, landlords, and others.** | X | | | |
| **4.   Household goods and furnishings, including audio, video, and computer equipment.** | | Music CDs<br>Debtor(s)' residence | J | 100.00 |
| | | Household goods owned jointly (see attached list)<br>Debtor(s)' residence | J | 2,032.00 |
| | | Tile saw<br>Debtor(s)' residence | H | 200.00 |
| **5.   Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles.** | | Books, 3 oil paintings, watercolor painting; wood carvings<br>Debtor(s)' residence | J | 280.00 |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-640 - 31107

Household goods owned jointly by Michael and Robin Frey

| Item | Value | Amount claimed exempt |
|------|-------|----------------------|
| 2 Blow dryers (3 years old) | 10.00 | 10.00 |
| 2 Bookshelves (5 years old) | 10.00 | 10.00 |
| 2 Chairs (10 years old) | 40.00 | 40.00 |
| 2 Desks (20 years old) | 50.00 | 50.00 |
| 2 Dressers (10 years old) | 50.00 | 50.00 |
| 2 Filing cabinets (5 years old) | 40.00 | 40.00 |
| 2 VCRs (4 years old) | 40.00 | 40.00 |
| 3 Computers (3-5 years old) | 250.00 | 250.00 |
| 3 TVs color (7 years old) | 150.00 | 150.00 |
| 4 clocks | 20.00 | 20.00 |
| Answering machine (5 years old) | 20.00 | 20.00 |
| Asst. garden tools (10 years old) | 40.00 | 40.00 |
| Blender (5 years old) | 10.00 | 10.00 |
| Chest-of-drawers | 20.00 | 20.00 |
| Christmas decorations (10-15 years old) | 25.00 | 25.00 |
| Circular saw (7 years old) | 20.00 | 20.00 |
| Clock radio (5 years old) | 10.00 | 10.00 |
| Coffee maker | 20.00 | 20.00 |
| Compact disc player (5 years old) | 20.00 | 20.00 |
| Cookware (10 years old) | 50.00 | 150.00 |
| Dining room table and chairs | 100.00 | 100.00 |
| Dishes, glasses, utensils (5 years old) | 5.00 | 5.00 |
| Dishwasher | 180.00 | 180.00 |
| Drill (7 years old) | 40.00 | 40.00 |
| Dryer (10 years old) | 25.00 | 25.00 |
| Electric can opener | 5.00 | 5.00 |
| End table (20 years old) | 5.00 | 5.00 |
| Entertainment system (10 years old) | 50.00 | 50.00 |
| Food processor (12 years old) | 5.00 | 5.00 |
| Freezer (5 years old) | 25.00 | 25.00 |
| Full size bed (10 years old) | 10.00 | 10.00 |
| Hair dryer (10 years old) | 5.00 | 5.00 |
| Iron and board (5 years old) | 2.00 | 2.00 |
| Kind size bed (6 years old) | 50.00 | 50.00 |
| Knick-knacks (5-10 years old) | 20.00 | 20.00 |
| Lawnmower (10 years old) | 50.00 | 50.00 |
| Leaf blower (5 years old) | 15.00 | 15.00 |
| Linens, bedclothes, towels (3-20 years old) | 10.00 | 10.00 |
| Luggage (5 years old) | 25.00 | 25.00 |
| Microwave | 100.00 | 100.00 |
| Mixer (5 years old) | 5.00 | 5.00 |
| Phone (4 years old) | 25.00 | 25.00 |
| Popcorn popper (5 years old) | 5.00 | 5.00 |
| Recliner (10 years old) | 25.00 | 25.00 |
| Refrigerator (10 years old) | 25.00 | 25.00 |
| Rocker (15 years old) | 5.00 | 5.00 |
| Sabre saw (7 years old) | 20.00 | 20.00 |
| Shop vac (3 years old) | 20.00 | 20.00 |

Stereo and speakers (4 years old)..............................................100.00 ....................100.00
Stove (8 years old) ....................................................................50.00 ......................50.00
Toaster (5 years old) ...................................................................5.00 ........................5.00
Vacuum (3 years old).................................................................25.00 ......................25.00
Wall mirror (6 years old) .............................................................5.00 ........................5.00
Washer (10 years old) ................................................................50.00 ......................50.00
Weedwacker..............................................................................10.00 ......................10.00
Wheelbarrow.............................................................................25.00 ........................3.00
Work bench (7 years old)............................................................10.00 ......................00.00
Total ...................................................................................$2032.00 ................$2000.00

FORM B6B
(10/89)

Michael Edward Frey & Robin Eileen Frey

In re _____                    Case No. _____
                        Debtor                                                                (if known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| **6.    Wearing apparel.** | | Clothing<br><br>Debtor(s)' residence | H | 100.00 |
| | | Clothing<br><br>Debtor(s)' residence | W | 100.00 |
| **7.    Furs and jewelry.** | | Women's watch, wedding set, ruby ring; diamond ring<br><br>Debtor(s)' residence | W | 160.00 |
| | | Gold earrings, diamond earrings; costume jewelry<br><br>Debtor(s)' residence | W | 50.00 |
| **8.    Firearms and sports, photographic, and other hobby equipment.** | | Bicycle, tennis racquets and golf clubs<br><br>Debtor(s)' residence | H | 180.00 |
| | | Digital camera,  4 years old, 2.3 megapixels<br><br>Debtor(s)' residence | W | 50.00 |
| **9.    Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each.** | X | | | |
| **10.  Annuities.  Itemize and name each issuer.** | X | | | |

FORM B6B
(10/89)

In re _____  Michael Edward Frey & Robin Eileen Frey  _____   Case No. _____
              Debtor                                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| **11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize.** | | IRA account # 384-9428515 with T.D. Waterhouse<br><br>T.D. Waterhouse<br>55 Water Street<br>New York, NY 10041 | W | 8,534.13 |
| | | Pension plan # xxx-xx-9135 with State of Florida<br><br>Florida Retirement System<br>P.O. Box 56290<br>Jacksonville, FL 32241-6290 | W | 4,405.17 |
| **12. Stock and interests in incorporated and unincorporated businesses. Itemize.** | X | | | |
| **13. Interests in partnerships or joint ventures. Itemize.** | X | | | |
| **14. Government and corporate bonds and other negotiable and non-negotiable instruments.** | X | | | |
| **15. Accounts receivable.** | | Accounts receivable from Rob Knight from sale of RV<br><br>Rob Knight<br>Address unknown | J | 3,000.00 |
| | | Accounts receivable from Sean Seagraves from business<br><br>Sean Seagraves<br>Negril, Jamaica<br>Westmoreland | H | 1,000.00 |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-640 - 31107

FORM B6B
(10/89)

In re  Michael Edward Frey & Robin Eileen Frey
_____  Case No. _____
                        Debtor                                                                    (if known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Accounts receivable from Leslie Parkinson from business<br><br>Leslie Parkinson<br>Negril, Jamaica<br>Westmoreland | H | 1,500.00 |
| | | Accounts receivable from Sheldon Reynolds from business<br><br>Sheldon Reynolds<br>Negril, Jamaica<br>Westmoreland | H | 2,000.00 |
| 16. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

FORM B6B
(10/89)

In re _____    Case No. _____
Michael Edward Frey & Robin Eileen Frey
                    Debtor                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| **23. Automobiles, trucks, trailers, and other vehicles and accessories.** | | 1986 GMC with 88k miles, needs $150 in repairs<br><br>Debtor(s)' residence | J | 1,475.00 |
| | | 1987 Honda Accord with 226k miles, needs $250 in repairs<br><br>Debtor(s)' residence | W | 450.00 |
| | | 1972 Dodge Balboa with 85k miles, needs $2000 in repairs, scrap value<br><br>Debtor(s)' residence | W | 50.00 |
| **24. Boats, motors, and accessories.** | X | | | |
| **25. Aircraft and accessories.** | X | | | |
| **26. Office equipment, furnishings, and supplies.** | X | | | |
| **27. Machinery, fixtures, equipment, and supplies used in business.** | X | | | |
| **28. Inventory.** | X | | | |
| **29. Animals.** | X | | | |
| **30. Crops - growing or harvested. Give particulars.** | X | | | |
| **31. Farming equipment and implements.** | X | | | |
| **32. Farm supplies, chemicals, and feed.** | X | | | |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-640 - 31107

FORM B6B
(10/89)

Michael Edward Frey & Robin Eileen Frey

In re _____    Case No. _____
                            Debtor                                              (if known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| **33. Other personal property of any kind not already listed.** | X | | | |

0
___ continuation sheets attached                      Total ▶    $              26,605.06

**(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules)**

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-640 - 31107

FORM B6C
(6/90)

Michael Edward Frey & Robin Eileen Frey

In re _____     Case No._____
                        Debtor                                                                      (if known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under

(Check one box)

☐  11 U.S.C. §522(b)(1)   Exemptions provided in 11 U.S.C. §522(d).  Note:  These exemptions are available only in certain states.

☑  11 U.S.C. §522(b)(2)   Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile
has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the
180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the
extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| Head of family wages in checking account #1000031218984 at SunTrust | (Wife)§222.11, Fla. Stat. | 838.70 | 838.70 |
| Household goods owned jointly (see attached list) | (Husb)Art. X §4(a)(2) Fla. Const. (Wife)Art. X §4(a)(2) Fla. Const. | 1,000.00 1,000.00 | 2,032.00 |
| IRA account # 384-9428515 with T.D. Waterhouse | (Wife)§222.21, Fla. Stat. | 8,534.13 | 8,534.13 |
| Pension plan # xxx-xx-9135 with State of Florida | (Wife) §222.21, Fla. Stat. | 4,405.17 | 4,405.17 |
| 1986 GMC with 88k miles, needs $150 in repairs | (Husb)§222.25(1), Fla. Stat (Wife)§222.25(1), Fla. Stat | 1,000.00 1,000.00 | 1,475.00 |

Household goods owned jointly by Michael and Robin Frey

| Item | Value | Amount claimed exempt |
|------|-------|----------------------|
| 2 Blow dryers (3 years old) | 10.00 | 10.00 |
| 2 Bookshelves (5 years old) | 10.00 | 10.00 |
| 2 Chairs (10 years old) | 40.00 | 40.00 |
| 2 Desks (20 years old) | 50.00 | 50.00 |
| 2 Dressers (10 years old) | 50.00 | 50.00 |
| 2 Filing cabinets (5 years old) | 40.00 | 40.00 |
| 2 VCRs (4 years old) | 40.00 | 40.00 |
| 3 Computers (3-5 years old) | 250.00 | 250.00 |
| 3 TVs color (7 years old) | 150.00 | 150.00 |
| 4 clocks | 20.00 | 20.00 |
| Answering machine (5 years old) | 20.00 | 20.00 |
| Asst. garden tools (10 years old) | 40.00 | 40.00 |
| Blender (5 years old) | 10.00 | 10.00 |
| Chest-of-drawers | 20.00 | 20.00 |
| Christmas decorations (10-15 years old) | 25.00 | 25.00 |
| Circular saw (7 years old) | 20.00 | 20.00 |
| Clock radio (5 years old) | 10.00 | 10.00 |
| Coffee maker | 20.00 | 20.00 |
| Compact disc player (5 years old) | 20.00 | 20.00 |
| Cookware (10 years old) | 50.00 | 150.00 |
| Dining room table and chairs | 100.00 | 100.00 |
| Dishes, glasses, utensils (5 years old) | 5.00 | 5.00 |
| Dishwasher | 180.00 | 180.00 |
| Drill (7 years old) | 40.00 | 40.00 |
| Dryer (10 years old) | 25.00 | 25.00 |
| Electric can opener | 5.00 | 5.00 |
| End table (20 years old) | 5.00 | 5.00 |
| Entertainment system (10 years old) | 50.00 | 50.00 |
| Food processor (12 years old) | 5.00 | 5.00 |
| Freezer (5 years old) | 25.00 | 25.00 |
| Full size bed (10 years old) | 10.00 | 10.00 |
| Hair dryer (10 years old) | 5.00 | 5.00 |
| Iron and board (5 years old) | 2.00 | 2.00 |
| Kind size bed (6 years old) | 50.00 | 50.00 |
| Knick-knacks (5-10 years old) | 20.00 | 20.00 |
| Lawnmower (10 years old) | 50.00 | 50.00 |
| Leaf blower (5 years old) | 15.00 | 15.00 |
| Linens, bedclothes, towels (3-20 years old) | 10.00 | 10.00 |
| Luggage (5 years old) | 25.00 | 25.00 |
| Microwave | 100.00 | 100.00 |
| Mixer (5 years old) | 5.00 | 5.00 |
| Phone (4 years old) | 25.00 | 25.00 |
| Popcorn popper (5 years old) | 5.00 | 5.00 |
| Recliner (10 years old) | 25.00 | 25.00 |
| Refrigerator (10 years old) | 25.00 | 25.00 |
| Rocker (15 years old) | 5.00 | 5.00 |
| Sabre saw (7 years old) | 20.00 | 20.00 |
| Shop vac (3 years old) | 20.00 | 20.00 |

Stereo and speakers (4 years old).................................................100.00 .....................100.00
Stove (8 years old) .............................................................................50.00 .......................50.00
Toaster (5 years old) ...........................................................................5.00 .........................5.00
Vacuum (3 years old)..........................................................................25.00 .......................25.00
Wall mirror (6 years old) .....................................................................5.00 .........................5.00
Washer (10 years old) .........................................................................50.00 .......................50.00
Weedwacker.........................................................................................10.00 .......................10.00
Wheelbarrow........................................................................................25.00 .........................3.00
Work bench (7 years old)....................................................................10.00 .......................00.00
Total ................................................................................................$2032.00 ................$2000.00

Form B6D
(12/03)

In re _____,     Case No. _____
        Michael Edward Frey & Robin Eileen Frey
          **Debtor**                                                            **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5170 <br><br> Spinnaker Homeowners Assoc. <br> P.O. Box 8048 <br> Hilton Head Island, SC 29938 | | J | Lien: Time share <br> Security: Timeshare for 1 week <br><br><br> VALUE $     4,000.00 | | | | 817.54 | 0.00 |
| ACCOUNT NO. <br><br><br> | | | <br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br> | | | <br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br> | | | <br><br> VALUE $ | | | | | |

0   _____continuation sheets attached

                                    Subtotal➤  | $   817.54
                 (Total of this page)
                                      Total➤  | $   817.54
           (Use only on last page)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-640 - 31107

Form B6E
(04/04)

In re Michael Edward Frey & Robin Eileen Frey _____,     Case No._____
                    Debtor                                                                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐   **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐   **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐   **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐   **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐   **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐   **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☑   **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐   **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

\* Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1___ continuation sheets attached

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-640 - 31107

Form B6E - Cont.
(04/04)

Michael Edward Frey & Robin Eileen Frey

In re _____,    Case No. _____
                          **Debtor**                                                      **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Taxes & Debts to Governments

**TYPE OF PRIORITY**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  xxx-xx-9135 <br><br> IRS <br> 4800 Buford Hwy <br> Chamblee, GA 39901-0021 | | J | Incurred: 2003 <br> Consideration: Income tax | | | | 1,104.00 | 1,104.00 |
| ACCOUNT NO. | | | | | | | | |
| ACCOUNT NO. | | | | | | | | |
| ACCOUNT NO. | | | | | | | | |
| ACCOUNT NO. | | | | | | | | |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of Creditors
Holding Priority Claims

Subtotal ➤ $ 1,104.00
(Total of this page)

Total ➤ $ 1,104.00
(Use only on last page of the completed Schedule E.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-640 - 31107

Form B6F (12/03)

**In re** _____,          **Case No.** _____
        Michael Edward Frey & Robin Eileen Frey
        **Debtor**                                                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition.  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  Do not include claims listed in Schedules D and E.  If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary  of Schedules.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  5491 1303 4425 6185<br><br>AT&T Universal Card<br>P.O. Box 6412<br>The Lakes, NV 88901-6412 | | W | Incurred: 7/01-4/2005<br>Consideration: Credit Card | | | | 7,982.53 |
| ACCOUNT NO.  7507715<br><br>Attention Collections<br>220 Sunset Blvd. Suite A<br>Sherman, TX 75092 | | W | Incurred: 8/2003<br>Consideration: Medical services | | | X | 1,307.00 |
| ACCOUNT NO.  4427 1150 0092 2495<br><br>Bank of America<br>P.O. Box 5270<br>Carol Stream, IL 60197-5270 | | H | Incurred: 1/2004-4/2005<br>Consideration: Credit Card | | | | 7,518.70 |
| ACCOUNT NO.  4888 6031 2036 9750<br><br>Bank of America<br>P.O. Box 53132<br>Phoenix, AZ 85072-3132 | | H | Incurred: 12/2004-4/2005<br>Consideration: Credit Card | | | | 10,011.23 |

_____4_____continuation sheets attached

Subtotal ➤ | $ | 26,819.46
(Total of this page)

Total ➤ | $ |
(Use only on last page)

(Report total also on Summary of Schedules)

Form B6F - Cont.
(12/03)

Michael Edward Frey & Robin Eileen Frey

In re _____,    Case No. _____
                      **Debtor**                                                                **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 7001 1911 0823 7919<br><br>Best Buy<br>P.O. Box 5238<br>Carol Stream, IL 60197-5238 | | W | Incurred: 11/2001-4/2005<br>Consideration: Credit Card | | | | 545.00 |
| ACCOUNT NO. 4820 8950 6922 0674<br><br>Campus USA Credit Union<br>1900 NW 34th Street<br>Gainesville, FL 32608 | | J | Incurred: 4/2005<br>Consideration: Revolving charge account | | | | 5,362.00 |
| ACCOUNT NO. 143965<br><br>Campus USA Credit Union<br>5725 SW 75th Street<br>Gainesville, FL 32608 | | J | Consideration: Overdrawn account | | | | 43.00 |
| ACCOUNT NO.<br><br>Campus USA Credit Union<br>P.O. Box 147029<br>Gainesville, FL 32614 | | | | | | | Notice Only |
| ACCOUNT NO. 4417 1293 8814 9862<br><br>Chase/ Bank One<br>P.O. Box 15153<br>Wilmington, DE 19886-5153 | | H | Incurred: 9/2000-4/2005<br>Consideration: Credit Card | | | | 9,980.93 |

Sheet no. __1__ of __4__ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal➤ $ 15,930.93
(Total of this page)
Total➤ $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-640 - 31107

Form B6F - Cont.
(12/03)

Michael Edward Frey & Robin Eileen Frey

In re _____,   Case No. _____
        **Debtor**                                                         **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Cingular Wireless<br>3265 SW 34th Street<br>Gainesville, FL 32608 | | W | Consideration: Cellular contract | | | | 69.99 |
| ACCOUNT NO. 5424 1804 5419 1054<br><br>Citi Cards<br>P.O. Box 6345<br>The Lakes, NV 88901-6345 | | H | Incurred: 3/2000-4/2005<br>Consideration: Credit Card | | | | 8,668.54 |
| ACCOUNT NO. 4128 0023 2128 0732<br><br>Citi Cards<br>P.O. Box 6402<br>The Lakes, NV 88901-6402 | | W | Incurred: 4/1990-4/2005<br>Consideration: Credit Card | | | | 2,899.79 |
| ACCOUNT NO. 5424 1804 1603 0127<br><br>Citi Cards<br>P.O. Box 6406<br>The Lakes, NV 88901-6406 | | W | Incurred: 10/2000-5/2005<br>Consideration: Credit Card | | | | 6,920.36 |
| ACCOUNT NO. 5424 1804 0153 3978<br><br>Citi Cards<br>P.O. Box 6408<br>The Lakes, NV 88901-6408 | | H | Incurred: 12/2001-4/2005<br>Consideration: Credit Card | | | | 7,531.62 |

Sheet no. __2__ of __4__ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $         26,090.30
(Total of this page)

Total ➤ $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-640 - 31107

Form B6F - Cont.
(12/03)

Michael Edward Frey & Robin Eileen Frey

In re _____,    Case No. _____
           **Debtor**                                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 6011 0042 4064 3201<br><br>Discover Card<br>P.O. Box 15251<br>Wilmington, DE 19886-5251 | | H | Incurred: 1/2001-4/2005<br>Consideration: Credit Card | | | | 7,174.88 |
| ACCOUNT NO. 822 2110 0335450<br><br>Lowe's<br>P.O. Box 105980 Dept. 79<br>Atlanta, GA 30353-5980 | | J | Incurred: 6/1997-3/2005<br>Consideration: Credit Card | | | | 929.00 |
| ACCOUNT NO. 5490 3517 1200 7536<br><br>MBNA America<br>P.O. Box 15137<br>Wilmington, DE 19886-5137 | | H | Incurred: 12/2001-5/2005<br>Consideration: Credit Card | | | | 8,298.00 |
| ACCOUNT NO. 4313 0258 2315 1171<br><br>MBNA America<br>P.O. Box 15137<br>Wilmington, DE 19886-5137 | | W | Incurred: 6/1998-4/2005<br>Consideration: Credit Card | | | | 632.40 |
| ACCOUNT NO. 1171<br><br>Monogram Bank of America<br>P.O. Box 17054<br>Wilmington, DE 19884 | | J | Incurred: 2/2005<br>Consideration: Revolving account | | | | 632.00 |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-640 - 31107

Sheet no. _3_ of _4_ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ (Total of this page)    $    17,666.28

Total ➤
(Use only on last page of the completed Schedule F.)    $

(Report total also on Summary of Schedules)

Form B6F - Cont.
(12/03)

Michael Edward Frey & Robin Eileen Frey

In re _____,        Case No. _____
                    **Debtor**                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  4820 8950 6922 0674 <br><br> Visa <br> P.O. Box 31279 <br> Tampa, FL 33631-3279 | | W | Incurred: 9/1993-4/2005 <br> Consideration: Credit Card | | | | 5,362.84 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. __4___ of __4___ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

                                                     Subtotal ➤  | $     5,362.84
                                   (Total of this page)
                                        Total ➤  | $    91,869.81
                      (Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-640 - 31107

FORM B6G
(10/89)

Michael Edward Frey & Robin Eileen Frey

In re _____    Case No. _____
                    Debtor                                              (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.

State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.

Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:  A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| Cingular Wireless<br>3265 SW 34th Street<br>Gainesville, FL 32608 | Cellular contract, ends 11/05; $69.99 monthly payments |

FORM B6H
(6/90)

In re ___Michael Edward Frey & Robin Eileen Frey_____    Case No. _____
                              Debtor                                                    (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule.  Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

Form B6I
12/03

In re Michael Edward Frey & Robin Eileen Frey ,                          Case No._____
                    Debtor                                                              (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: Married | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP son | AGE 5 |

| Employment: Occupation | DEBTOR unemployed | SPOUSE Alumni and Event Coordinator |
|---|---|---|
| Name of Employer | | Universtiy of Florida |
| How long employed | | 1 year 4 months |
| Address of Employer | | 111 Tigert Hall |
| | | Gainesville, FL 32611 |

| Income: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $ 0.00 | $ 3,651.57 |
| Estimated monthly overtime | $ 0.00 | $ 0.00 |
| SUBTOTAL | $ 0.00 | $ 3,651.57 |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 0.00 | $ 539.08 |
| b. Insurance | $ 0.00 | $ 192.14 |
| c. Union Dues | $ 0.00 | $ 0.00 |
| d. Other (Specify:_____ (S)Parking dec._____) | $ 0.00 | $ 17.87 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 749.09 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 2,902.48 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ 0.00 |
| Income from real property | $ 0.00 | $ 0.00 |
| Interest and dividends | $ 0.00 | $ 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| Social security or other government assistance (Specify) _____ | $ 0.00 | $ 0.00 |
| Pension or retirement income | $ 0.00 | $ 0.00 |
| Other monthly income (Specify) _____ | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| TOTAL MONTHLY INCOME | $ 0.00 | $ 2,902.48 |

TOTAL COMBINED MONTHLY INCOME       $ 2,902.48                    (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

Debtors' vehicles are very old and need to be replaced; this will result in additional monthly expense

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-640 - 31107

FORM B6J
(6/90)

Michael Edward Frey & Robin Eileen Frey

In re _____ ,          Case No. _____
                          Debtor                                              (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTORS

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.  Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 350.00 |
| Are real estate taxes included?          Yes _____  No __✓__ | | |
| Is property insurance included?          Yes _____  No __✓__ | | |
| Utilities     Electricity and heating fuel | $ | 150.00 |
|        Water and sewer | $ | 50.00 |
|        Telephone | $ | 200.00 |
|        Other _____Cable_____ | $ | 103.00 |
| Home maintenance (Repairs and upkeep) | $ | 200.00 |
| Food | $ | 550.00 |
| Clothing | $ | 95.00 |
| Laundry and dry cleaning | $ | 50.00 |
| Medical and dental expenses | $ | 450.00 |
| Transportation (not including car payments) | $ | 300.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 60.00 |
| Charitable contributions | $ | 5.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
|       Homeowner's or renter's | $ | 24.00 |
|       Life | $ | 13.00 |
|       Health | $ | 0.00 |
|       Auto | $ | 89.00 |
|       Other _____ | $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)_____Property tax_____ | $ | 150.00 |
| Installment payments (In chapter 12 and 13 cases, do not list payments to be included in the plan) | | |
|       Auto | $ | 0.00 |
|       Other _____ | $ | 0.00 |
|       Other _____ | $ | 0.00 |
| Alimony, maintenance, and support paid to others | $ | 0.00 |
| Payments for support of additional dependents not living at your home | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| Other _____see attached list_____ | $ | 210.00 |

TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)          $ [ 3,049.00 ]

**(FOR CHAPTER 12 AND 13 DEBTORS ONLY)**
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | |
|---|---|---:|
| A.  Total projected monthly income | $ | N.A. |
| B.  Total projected monthly expenses | $ | N.A. |
| C.  Excess income (A minus B) | $ | N.A. |
| D.  Total amount to be paid into plan each _____N.A._____ | $ | N.A. |
| | (interval) | |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-640 - 31107

Michael and Robin Frey
Attachment to Schedule J
Other Monthly Expenses

Haircuts ...................................................................................35.00
School lunches and activities ....................................................50.00
Professional Certification..........................................................25.00
Christmas and birthdays..........................................................100.00
Total ......................................................................................210.00

Official Form 6-Cont.
(12/03)

In re  Michael Edward Frey & Robin Eileen Frey ,
                                Debtor

Case No. _____
                                (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **22** _____ sheets and that they are true and correct to the best of my knowledge, information and belief.
(Total shown on summary page plus 1)

Date  6/13/05                          Signature  /s/ Michael Edward Frey
                                                                                Debtor

Date  6/13/05                          Signature  /s/ Robin Eileen Frey
                                                                          (Joint Debtor, if any)

[If joint case, both spouses must sign]

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C.§110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____          _____
Printed or Typed Name of Bankruptcy Petition Preparer          Social Security No.
                                                                              (Required by 11 U.S.C. § 110(c).)

_____
_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____          _____
Signature of Bankruptcy Petition Preparer          Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. §156.*
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Form 7
(12/03)

# FORM 7.  STATEMENT OF FINANCIAL AFFAIRS

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF FLORIDA

In Re    Michael Edward Frey & Robin Eileen Frey                    Case No. _____
　　　　　　　　　(Name)
　　　　　　　　　　　　　　　Debtor                                              (if known)

## STATEMENT OF FINANCIAL AFFAIRS

　　　This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

　　　Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

　　　*"In business."*  A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

　　　*"Insider."*  The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

　　　**1.　Income from employment or operation of business**

None

☐
　　State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

　　　AMOUNT                                        SOURCE (if more than one)

2005(db)

2004(db)

2003(db)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-640 - 31107

| AMOUNT | | SOURCE (if more than one) |
|---|---|---|
| 2005(jdb) | 13,311.80 | University of Florida |
| 2004(jdb) | 41,561.41 | State of Florida; University of Florida |
| 2003(jdb) | 39,525.00 | Pratt & Assoc.; Santa Fe Community College; Tri Net Marketing; State of Florida |

**2.  Income other than from employment or operation of business**

None ☒   State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                    SOURCE

**3.  Payments to Creditors**

None ☒   a.   List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☒   b.   List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors, who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None ☒   a.    List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None   b.      Describe all property that has been attached, garnished or seized under any legal or equitable process
☒      within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter
       12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint
       petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF<br>PERSON FOR WHOSE BENEFIT<br>PROPERTY WAS SEIZED | DATE OF<br>SEIZURE | DESCRIPTION AND<br>VALUE OF PROPERTY |
|---|---|---|

**5.   Repossessions, foreclosures and returns**

None   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in
☒      lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this
       case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of
       either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition
       is not filed.)

| NAME AND<br>ADDRESS OF<br>CREDITOR OR SELLER | DATE OF REPOSESSION,<br>FORECLOSURE SALE,<br>TRANSFER OR RETURN | DESCRIPTION AND<br>VALUE OF PROPERTY |
|---|---|---|

**6.   Assignments and Receiverships**

None   a.      Describe any assignment of property for the benefit of creditors made within 120 days immediately
☒      preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include
       any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated
       and a joint petition is not filed.)

| NAME AND<br>ADDRESS<br>OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF<br>ASSIGNMENT<br>OR SETTLEMENT |
|---|---|---|

None   b.      List all property which has been in the hands of a custodian, receiver, or court-appointed official within
☒      one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or
       chapter 13 must include information concerning property of either or both spouses whether or not a joint petition
       is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND<br>ADDRESS<br>OF CUSTODIAN | NAME AND LOCATION<br>OF COURT CASE TITLE<br>& NUMBER | DATE OF<br>ORDER | DESCRIPTION AND<br>VALUE OF PROPERTY |
|---|---|---|---|

**7.   Gifts**

None    List all gifts or charitable contributions made within one year immediately preceding the commencement of this
☒       case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual
        family member and charitable contributions aggregating less than $100 per recipient.   (Married debtors filing
        under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a
        joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8.   Losses**

None    List all losses from fire, theft, other casualty or gambling within one year immediately preceding the
☒       commencement of this case or since the commencement of this case.   (Married debtors filing under chapter 12
        or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the
        spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9.   Payments related to debt counseling or bankruptcy**

None    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys,
☐       for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in
        bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| Ruff & Cohen, P.A.<br>4010 Newberry Rd. Suite G<br>Gainesville, FL 32607 | 4/14;5/12;5/27/05 | $850 atty fee<br>$209 filing fee |

**10.   Other transfers**

None    List all other property, other than property transferred in the ordinary course of the business or financial affairs
☐       of the debtor, transferred either absolutely or as security within one year immediately preceding the
        commencement of this case.   (Married debtors filing under chapter 12 or chapter 13 must include transfers by
        either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition
        is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |
| Taryn Stoffs<br>2701 NW 23rd Blvd M110<br>Gainesville, FL 32605<br>Relationship: Friend | 10/2004 | 1989 Honda Prelude<br>Transfered for $2000 |

**11.  Closed financial accounts**

None   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which
☒      were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this
       case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments;  shares
       and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and
       other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information
       concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless
       the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12.  Safe deposit boxes**

None   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other
☒      valuables within one year immediately preceding the commencement of this case.    (Married debtors filing
       under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a
       joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**

None   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days
☒      preceding the commencement of this case.   (Married debtors filing under chapter 12 or chapter 13 must include
       information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are
       separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None   List all property owned by another person that the debtor holds or controls.
☐

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| Michael Brock Frey 6900 SW 78th Street Gainesville, FL 32608 | Everything else not listed in the schedules belongs to the son of the debtors | Debtor(s)' residence |

**15.  Prior address of debtor**

None



If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                              NAME USED                         DATES OF OCCUPANCY

---

**16.  Spouses and Former Spouses**

None

☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the six-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None



a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

---

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None

☒

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None

☒

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18.  Nature, location and name of business**

None

☐

a.       If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity  securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NO. (EIN) | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| S&R and Associates; Amway Corporation | ***-**-1567 | 6900 SW 78th Street Gainesville, FL 32608 | Multi-level marketing | 1992-2004 |

None

☒

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19.  Books, record and financial statements**

None    a.    List all bookkeepers and accountants who within the six years immediately preceding the filing of this
☒    bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                    DATES SERVICES RENDERED

None    b.    List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy
☒    case have audited the books of account and records, or prepared a financial statement  of the debtor.

NAME                    ADDRESS              DATES SERVICES RENDERED

None    c.    List all firms or individuals who at the time of the commencement of this case were in possession of the
☐    books of account and records of the debtor.  If any of the books of account and records are not available, explain.

NAME                    ADDRESS

Michael Edward Frey & Robin Eileen          6900 SW 78th Street
Frey                                     Gainesville, FL 32608

None    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a
☒    financial statement was issued within the two years immediately preceding the commencement of this case by
        the debtor.

NAME AND ADDRESS                    DATE
                                           ISSUED

**20.  Inventories**

None    a.    List the dates of the last two inventories taken of your property, the name of the person who supervised the
☒    taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY          INVENTORY SUPERVISOR        DOLLAR AMOUNT OF INVENTORY
                                                               (Specify cost, market or other basis)

None    b.    List the name and address of the person having possession of the records of each of the two inventories
☒    reported in a., above.

DATE OF INVENTORY                         NAME AND ADDRESSES OF CUSTODIAN OF
                                                       INVENTORY RECORDS

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-640 - 31107

**21. Current Partners, Officers, Directors and Shareholders**

None ☒   a.    If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☒   b.    If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**22. Former partners, officers, directors and shareholders**

None ☒   a.    If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ☒   b.    If the debtor is a corporation, list all officers, and directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23.    Withdrawals from a partnership or distribution by a corporation**

None ☒   If the debtor is a partnership or a corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24.    Tax Consolidation Group**

None ☒   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year period immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds**

None ☒  If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year period immediately preceding the commencement of the case.

NAME OF PENSION FUND                    TAXPAYER IDENTIFICATION NUMBER (EIN)

*   *   *   *   *   *

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  6/13/05                    Signature      /s/ Michael Edward Frey
                                 of Debtor
                                                MICHAEL EDWARD FREY

Date  6/13/05                    Signature      /s/ Robin Eileen Frey
                                 of Joint Debtor
                                                ROBIN EILEEN FREY

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C.§110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____        _____
Printed or Typed Name of Bankruptcy Petition Preparer        Social Security No.
                                                            (Required by 11 U.S.C. § 110(c).)

_____

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____        _____
Signature of Bankruptcy Petition Preparer                    Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.*
*11 U.S.C. § 110;  18 U.S.C. §156.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-640 - 31107

_0_  continuation sheets attached

***Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §152 and 3571***

Form B8 (Official Form 8)
(12/03)

# Form 8. INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
## UNITED STATES BANKRUPTCY COURT
### Northern District of Florida

In re   Michael Edward Frey & Robin Eileen Frey                ,        Case No. _____

                            Debtor

                                                                Chapter        Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. We have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2. We intend to do the following with respect to the property of the estate which secures those consumer debts:

   *a. Property to Be Surrendered.*

   **Description of Property**                          **Creditor's name**
   Timeshare for week 51 Unit 110 at Spinnaker at Shi...    Spinnaker Homeowners Assoc.

   *b. Property to Be Retained.*                  *[Check any applicable statement.]*

| Description of Property | Creditor's name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|
| NONE | | | | |

Date:   6/13/05                     /s/ Michael Edward Frey
_____         Signature of Debtor        MICHAEL EDWARD FREY

Date:   6/13/05                     /s/ Robin Eileen Frey
_____         Signature of Joint Debtor    ROBIN EILEEN FREY

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
### CERTIFICATION OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

   I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C.§110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____        _____
Printed or Typed Name of Bankruptcy Petition Preparer        Social Security No.
                                                 (Required by 11 U.S.C. § 110(c).)

_____

_____
Address
Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document.

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____        _____
Signature of Bankruptcy Petition Preparer                Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. §156.*

B203
12/94

# United States Bankruptcy Court
## Northern District of Florida

In re  Michael Edward Frey & Robin Eileen Frey

Case No. _____

Chapter _____ 7 _____

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf  of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follow s:

For legal services, I have agreed to accept ...........................................  $ _____ 850.00 _____

Prior to the filing of this statement I have received ........…………...............  $ _____ 850.00 _____

Balance Due ...........................................…………………………................... $ _____ 0.00 _____

2.  The source of compensation paid to me was:

☑ Debtor        ☐ Other (specify)

3.  The source of compensation to be paid to me is:

☐ Debtor        ☑ Other (specify)

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:
Representation of the debtor(s) in any discharge and/or dischargeability matters.

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in the bankruptcy proceeding.

_____ 6/13/05 _____        _____ /s/ Eric S. Ruff _____
Date                                                                        Signature of Attorney

Ruff & Cohen, P.A
Name of law firm

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-640 - 31107